**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
JOSE DE LA CRUZ MARIN, *individually and*
*on behalf of others similarly situated,*

                              **20-cv-06809-MKV**

                   *Plaintiff*,

        -against-

BRASERO RESTAURANT, INC.  (D/B/A
BABY BO'S CANTINA) and TOMY
CONNOLY,

                 *Defendants.*
--------------------------------------------------------X

### [Proposed] JUDGMENT
### <u>JUDGMENT</u>

On May 3, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JOSE DE LA CRUZ MARIN has judgment against Defendants BRASERO RESTAURANT, INC.  (D/B/A BABY BO'S CANTINA) and TOMY CONNOLY, in the amount of $15,000 which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                      _____

                                  **HON. MARY KAY VYSKOCIL**