USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JOSE DE LA CRUZ MARIN, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

BRASERO RESTAURANT, INC. (D/B/A BABY BO'S CANTINA) and TOMY CONNOLY,

                *Defendants.*
---------------------------------------------------------X

20-cv-06809-MKV

## JUDGMENT

On May 3, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JOSE DE LA CRUZ MARIN has judgment against Defendants BRASERO RESTAURANT, INC. (D/B/A BABY BO'S CANTINA) and TOMY CONNOLY, in the amount of $15,000 which is inclusive of attorneys' fees and costs.

Dated: __May 5__, 2021
       New York, NY

*[signature: Mary Kay Vyskocil]*

**HON. MARY KAY VYSKOCIL**
United States District Judge